IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY E. YATES, JR. et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-7488 |
| | : | |
| COMMERCIAL INDEX BUREAU, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

AND NOW, this __24th____ day of _April_, 2012, it is **ORDERED** that Defendants', Commercial Index Bureau, Inc., Rockne F. Cooke, and Gordon W. Rusinko, Rule 12(b)(6) Motion to Dismiss Plaintiffs' Complaint (ECF No. 8) is **GRANTED in part** and **DENIED in part** as follows:

- Defendants' motion is **GRANTED** as to Plaintiffs' invasion of privacy and trespass claims that relate to the February 5, 2009 surveillance of their home.

- Defendants' motion is **DENIED** as to Stanley Yates's invasion of privacy claims that relate to CIB's investigation into his health records and his claim for punitive damages.

s/Anita B. Brody

_____
Anita B. Brody, J.

COPIES VIA ECF ON        TO:        COPIES MAILED ON        TO:

Case 2:11-cv-07488-AB   Document 23   Filed 04/24/12   Page 2 of 2